IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COBBLER NEVADA, LLC, | No. 15-cv-5614 CRB |
| Plaintiff, | **JUDGMENT** |
| v. | |
| SANDRA BELL, | |
| Defendant. | |

On January 10, 2017, the Court issued an order adopting Magistrate Judge Laporte's Report and Recommendation in every respect. See Order (dkt. 45). Accordingly, the Court ENTERS judgment in favor of Plaintiff and against Defendant in the amount of $750.

**IT IS SO ORDERED.**

Dated: January 10, 2017

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE